# Pro Se Photo ID

CASE NUMBER: 25-00328

MAIL-IN ☐

DROP-BOX ☐

eDB ☐

eSR ☐

OTC ☒

DEBTOR (1) ID ☐

DEBTOR (2) ID ☐

NO ID PROVIDED BY DEBTOR (1) ☐

NO ID PROVIDED BY DEBTOR (2) ☐



Other: _____

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 17 2025

JEFFREY P. ALLSTEADT, CLERK

Last updated 6/18/24 DR