UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| Enrique Montano | ) | |
| | ) | Case No. 25-11680 |
| Debtor, | ) | |
| | ) | Honorable Judge Deborah L. Thorne |
| | ) | |
| Jorge Alejandro Rojas | ) | |
| | ) | Adversary No. 25-00328 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Enrique Montano aka Enrique Montano Jr. | ) | |
| | ) | |
| Defendant, | ) | |

**NOTICE OF MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

To:   Jorge Alejandro Rojas
      557 Cambridge Way
      Bolingbrook, Illinois 60440
      E: Rojas.jorge96@gmail.com

PLEASE TAKE NOTICE that on December 3, 2025, at 1:00 p.m. I shall appear before the Honorable Judge Deborah L. Thorne via ZOOM (Meeting ID: 160 9362 1728) and there and then present Defendant's Motion to Extend Time to Answer or Otherwise Plead in the above-captioned cause.

/s/ Manuel A. Cardenas
Manuel A. Cardenas
Manuel A. Cardenas & Associates, P.C.
2059 North Western Avenue
Chicago, Illinois 60647
(773) 227-6858

## Certification of Service

The undersigned, an attorney, certifies that he transmitted a copy of this notice to the Attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 2059 North Western Avenue, Chicago, Illinois 60647 on November 17, 2025. Furthermore, I certify that Adam G. Brief and Trustee Daniel J. Winter were notified via ECF notification on November 17, 2025.

/s/ Manuel A. Cardenas
**Manuel A. Cardenas**
**Manuel A. Cardenas & Associates, P.C.**
**2059 North Western Avenue**
**Chicago, Illinois 60647**
**(773) 227-6858**

| | |
|---|---|
| In re: | ) Chapter 7 |
| Enrique Montano | ) |
| | ) Case No. 25-11680 |
| Debtor, | ) |
| | ) Honorable Judge Deborah L. Thorne |
| | ) |
| Jorge Alejandro Rojas | ) |
| | ) Adversary No. 25-00328 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Enrique Montano aka Enrique Montano Jr. | ) |
| | ) |
| Defendant, | ) |

## MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES the Defendant by and through his attorney, Manuel A. Cardenas, in support of the Defendant's Motion to Extend Time to Answer or Otherwise Plead, states as follows:

1. On July 31, 2025, the Debtor filed a petition for relief pursuant to Chapter 7 of Title 11 of the United States Code in the Northern District of Illinois.

2. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C §1334 & 157. This is a core proceeding pursuant to 28 U.S.C §157.

3. The Debtor's 341 meeting was held on August 27, 2025, and had a finding of no assets.

4. On October 17, 2025, Plaintiff filed an adversary against the Debtor asking that the debt be deemed non dischargeable pursuant to Section 523 and Section 727 of the bankruptcy code.

5. The deadline to answer the Plaintiff's complaint is November 17, 2025.

6. Defendant is requesting a 30-day extension to answer Plaintiff's complaint.

WHEREFORE, Defendant moves this Honorable Court for the following relief:

A. A 30-day extension to answer Plaintiff's complaint dated November 17, 2025.

B. For such other and further relief as this Court deems fair and proper.

**Respectfully Submitted,**

**/s/Manuel A. Cardenas**
**Manuel A. Cardenas**
**Manuel A. Cardenas & Associates, P.C.**
**2059 North Western Avenue**
**Chicago, Illinois 60647**
**(773) 227-6858**